IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER BRANCH,

    Petitioner,

v.	Case No. 15-cv-598 MV/GBW

JOE GARCIA, *Warden*,

    Respondent.

## ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS

THIS MATTER is before the Court on Respondent's Answer to Pro Se Petitioner Christopher Branch's Petition for Writ of Habeas Corpus (*doc. 7*) and Reply to Christopher Branch's Response to August 21, 2015 Answer (Mailed to Respondent, But Not Docketed) (*doc. 10*).

In Respondent's Answer, he explains that "the New Mexico Supreme Court has issued a limited remand instructing the state district court to vacate three of Mr. Branch's five convictions and enter an amended judgment and sentence." *Doc. 7* at 1. Thus, "Respondents contend that either (1) dismissing Mr. Branch's 28 U.S.C. § 2254 petition without prejudice, or (2) staying the matter and holding the petition in abeyance for a reasonable period of time pending entry of the amended judgment and sentence would be appropriate." *Id*.

In the Reply, Respondent advises the Court that Petitioner mailed to Respondent a response to the Answer, but, because it was never docketed, apparently not to the Court. *See doc. 10*. Respondent has helpfully attached Petitioner's response to its filing. *Id.*, Exs. A-C. Petitioner's response "asks this court to grant me time to go back to the state court and exhaust all state remedies." *Id.*, Ex. A. The Court construes Petitioner's response as a motion to stay the proceedings. Respondent indicates that he does not object to a stay. *Id.* at 2.

As both parties have moved for a stay, and it appears appropriate under the circumstances, the Court will grant the motion and stay the case.

IT IS HEREBY ORDERED that this matter is STAYED. Both parties shall file a notice with the Court as soon as Plaintiff has exhausted his state court remedies and that this matter is ripe for federal judicial review.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE