IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER BRANCH,

    Petitioner,

v.                                               Civ. No. 15-598 MV/GBW

JOE GARCIA,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation regarding Petitioner's motion to dismiss without prejudice. *See doc. 13*. The Magistrate Judge recommended granting the motion and dismissing the Petition without prejudice.

    Neither party has filed any objections. Upon review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I ADOPT the Report and Recommendation, *doc. 13*, GRANT Petitioner's motion to dismiss, *doc. 12*, and DISMISS Petitioner's Petition for Writ of Habeas Corpus, *doc. 1*, without prejudice.

_____
UNITED STATES DISTRICT JUDGE